UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHUNG THUY NGUYEN, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC. d/b/a AMAZON, a Washington Corporation<br><br>          Defendant. | Case No. 2:26-cv-136-JLR<br><br>[PROPOSED] ORDER FOR **WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR AMAZON** |

**[PROPOSED] ORDER**

THIS MATTER came to the attention of the undersigned Judge of the above-titled Court on the parties' Stipulation and Order for Withdrawal and Substitution of Counsel. The Court, having reviewed the records and files herein, and pursuant to LCR 83.2, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that Erik Kundu of Perkins Coie LLP are hereby withdrawn as counsel of record for Defendant Amazon.com, Inc. and Michelle L. Maley and Bruce Lee of Morrison & Foerster LLP are hereby substituted as counsel of record for Defendant Amazon.com, Inc., and all further pleadings herein, exclusive of process, shall be served upon said attorneys at the office addresses below stated.

[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR AMAZON (NO.
2:26-CV-136) - 1

MORRISON & FOERSTER LLP
925 4TH AVENUE, FLOOR 38
SEATTLE, WA 98104-1157

DATED THIS __27th__ day of March, 2026.

_____
Honorable James L. Robart
U.S. District Court Judge

Submitted by:

Dated: March 27, 2026

By: /s/ Erik Kundu
    Erik Kundu, Bar No. 56746
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    EKundu@perkinscoie.com

    *Withdrawing Attorneys for Defendant*
    AMAZON.COM, INC.

By: /s/ Bruce Lee
    Michelle L. Maley, WSBA No. 51318
    MMaley@mofo.com
    Bruce Lee, WSBA No. 61965
    BruceLee@mofo.com
    MORRISON & FOERSTER LLP
    925 Fourth Avenue, Floor 38
    Seattle, Washington  98104-1157
    Telephone:    206.327.6500
    Facsimile:    206.260.8813

    *Substituting Attorneys for Defendant*
    AMAZON.COM, INC.

[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR AMAZON (NO.
2:26-CV-136) - 2

MORRISON & FOERSTER LLP
925 4TH AVENUE, FLOOR 38
SEATTLE, WA 98104-1157

By:     /s/ Adam J. Kress
       Maria Sophia Diamond
       DIAMOND MASSONG PLLC
       1325 FOURTH AVE, STE 1744
       SEATTLE, WA 98101
       Telephone: 206-445-1258
       Fax: 206-445-1257
       Email: maria@diamondmassong.com

       Adam J Kress
       Anna R. Rick
       JOHNSON BECKER PLLC
       444 CEDAR ST STE 1800
       ST PAUL, MN 55101
       Telephone: 612-436-1908
       Fax: 612-436-1801
       Email: akress@johnsonbecker.com
       Email: arick@johnsonbecker.com

       *Attorneys for Plaintiff*

[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR AMAZON (NO.
2:26-CV-136) - 3

MORRISON & FOERSTER LLP
925 4TH AVENUE, FLOOR 38
SEATTLE, WA  98104-1157